# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| BRADLEY EDWARD WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-01694-ACA-JHE |
| ) | |
| DR. THOMAS PAGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Bradley Edward Williams filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (Doc. 1), along with an application to proceed *in forma pauperis* (Docs. 2). On December 10, 2025, the undersigned granted Mr. Williams' application to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $29.83 and return a signed Prisoner Consent Form within 30 days. (Doc. 4 at 1–2). The undersigned warned Mr. Williams that if he did not comply with the order within 30 days, the court may dismiss this action without further notice. (Doc. 4 at 2).

More than 30 days elapsed, and Mr. Williams did not comply with or otherwise respond to the order. On January 17, 2025, the undersigned entered a report recommending the court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Wiliams' failure to prosecute his claims. (Doc. 5).

On the same day, the court received Mr. Williams' signed Prisoner Consent Form. (Doc. 6). And on March 3, 2025, Mr. Williams notified the court that although he had asked Etowah County Jail officials to deduct the initial partial filing fee from his inmate account and mail it to the court, jail officials refused to do so. (Doc. 8 at 1).

2

Based on the foregoing, the undersigned **WITHDRAWS** his report entered January 17, 2025, recommending dismissal of this action based on Mr. Williams' failure to prosecute his claims. (Doc. 5).

DONE this 5th day of March, 2025.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE