UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BRADLEY EDWARD WILLIAMS, ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Case No. 4:24-cv-01694-ACA-JHE |
| ] | |
| DR. THOMAS PAGE, ] | |
| ] | |
| **Defendant.** ] | |

## MEMORANDUM OPINION

Plaintiff Bradley Edward Williams filed a *pro se* complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. 1). In July 2025, the magistrate judge found that Mr. Williams's complaint was deficient and ordered him to file an amended complaint within twenty-one days. (Doc. 11). The court never received Mr. Williams's amended complaint, so the magistrate judge entered a report recommending the court dismiss this action for Mr. Williams's failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 12). Although the magistrate judge advised Mr. Williams of his right to file specific written objections within fourteen days (*id.* at 2), the court has not received any objections.

Mr. Williams's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-

1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL DISMISS** the action **WITHOUT PREJUDICE** for Mr. Williams's failure to comply with a court order. *See* Fed. R. Civ. P. 41(b).

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this September 8, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE